UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:07-CR-61 |
| v. | ) | |
| | ) | |
| RONALD D. ADKINS | ) | COLLIER/CARTER |

## REPORT AND RECOMMENDATION

A January 30, 2008, letter from Eric Wilson, Warden of the Federal Bureau of Prisons in Chicago, Illinois, a Forensic Report, and Addendum to Forensic Report as to defendant Ronald D. Adkins were received by the undersigned Magistrate Judge. The findings in the Reports were that the defendant is competent to stand trial, the defendant was sane at the time of the alleged offense, and that he does not suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. A Notice of Waiver of Competency Hearing signed by defendant Ronald D. Adkins was filed with this Court on February 12, 2008 (Doc. 52). The Court therefore RECOMMENDS on the basis of the waiver and the reports that defendant Ronald D. Adkins be found competent to stand trial.

Dated: February 14, 2008
                   *s/William B. Mitchell Carter*
                   UNITED STATES MAGISTRATE JUDGE