UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:07-CR-61 |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| RONALD D. ADKINS | ) | |

**O R D E R**

Defendant Ronald D. Adkins ("Defendant") requested a psychiatric/psychological evaluation on August 29, 2007 (Court File No. 35). The request was referred to United States Magistrate Judge William B. Mitchell Carter to conduct an evidentiary hearing and make a report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Magistrate Judge Carter received a January 30, 2008 letter from Eric Wilson, Warden of the Federal Bureau of Prisons in Chicago, Illinois, and a Forensic Evaluation of Defendant. The findings in the evaluation are Defendant is competent to stand trial and was sane at the time of the alleged offense, and that he does not suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense

Defendant filed a notice Waiver of Competency Hearing pursuant to 18 U.S.C. § 4247(d) on February 12, 2008 (Court File No. 52). On the basis of the waiver and the evaluation, Magistrate Judge Carter filed a report and recommendation ("R&R") recommending the Court find Defendant competent to stand trial (Court File No. 59). Defendant filed no objections to the magistrate judge's R&R.

Therefore, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 59) pursuant to 28 U.S.C. § 636(b)(1)(C), and hereby **ORDERS** the following:

(1)     The defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**